IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1072 (RGA) |
| | ) |
| BASF CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *BASF Corporation's Second Notice of Deposition of Plaintiff Pursuant to Federal Rule of Civil Procedure 30(b)(6)*; (2) *Defendant BASF Corporation's Second Set of Requests for Production of Documents*; and (3) *Defendant BASF Corporation's Second Set of Interrogatories*, were caused to be served on September 5, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jeffrey T. Thomas, Esquire<br>Spencer W. Ririe, Esquire<br>Eric T. Syu, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

Frederick S. Chung, Esquire  *VIA ELECTRONIC MAIL*
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Plaintiff*

Brian M. Buroker, Esquire  *VIA ELECTRONIC MAIL*
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
*Attorneys for Plaintiff*

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Rodger D. Smith II*

    _____
    Rodger D. Smith II (#3778)
    Anthony D. Raucci (#5948)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
OF COUNSEL:    rsmith@mnat.com
    araucci@mnat.com
James P. Brogan
Thomas J. Friel, Jr.
KING & SPALDING LLP    *Attorneys for Defendant*
601 South California Avenue, Suite 100
Palo Alto, CA  94304
(650) 422-6700

Brian Eutermoser
Kevin Lake
Angela Tarasi
KING & SPALDING LLP
1515 Wynkoop Street Suite 800
Denver, CO  80202

September 6, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 6, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey T. Thomas, Esquire<br>Spencer W. Ririe, Esquire<br>Eric T. Syu, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA  92612<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Frederick S. Chung, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian M. Buroker, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)