IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1072-RGA |
| | ) |
| BASF CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, Plaintiff Ingevity Corporation ("Ingevity") filed this Action against Defendant BASF Corporation ("BASF") on July 19, 2018;

WHEREAS, Ingevity and Ingevity South Carolina, LLC filed a subsequent action against BASF on September 6, 2018 (C.A. No. 18-1391-RGA) that raises substantially overlapping claims on behalf of two plaintiffs;

WHEREAS, BASF has not yet filed an Answer in this Action (C.A. No. 18-1072-RGA);

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Ingevity hereby dismisses, without prejudice, any and all claims asserted against BASF in its Complaint in this Action (C.A. No. 18-1072-RGA).

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | Karen E. Keller (No. 4489) |
|  | John W. Shaw (No. 3362) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Jeffrey T. Thomas | Wilmington, DE 19801 |
| GIBSON, DUNN & CRUTCHER LLP | (302) 298-0700 |
| 3161 Michelson Dr. | jshaw@shawkeller.com |

Irvine, CA 92612  
(949) 451-3800  

Frederick S. Chung  
GIBSON, DUNN & CRUTCHER LLP  
1881 Page Mill Road  
Palo Alto, CA 94304  
(650) 849-5300  
Brian M. Buroker  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036  
(202) 955-8500  

Dated: October 11, 2018

kkeller@shawkeller.com  
nhoeschen@shawkeller.com  
*Attorneys for Plaintiff*